UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBIN JOHNSON, *et. al.*, | Case Number: 2:14-cv-1308-RFB-VCF |
| Plaintiff, | |
| vs. | **[PROPOSED] ORDER RE: PLAINTIFF'S MOTION FOR CONDITIONAL CERTIFICATION AND DISTRIBUTION OF JUDICIAL NOTICE** |
| LEGENDS FOOTBALL LEAGUE, LLC, *et. al.*, | |
| Defendants. | Complaint filed: August 12, 2014 |
| | Trial Date: None |

/ / /

/ / /

On September 12, 2017, Plaintiff Robin Johnson's ("Plaintiff") Motion for Conditional Certification and Distribution of Judicial Notice was heard. Present for Plaintiff was Michael Morrison. No appearance for any of the Defendants was made.

Having reviewed Plaintiff's Notice of Motion and Motion for Conditional Certification and Distribution of Judicial Notice (the "Motion"), and all the papers filed on behalf of Plaintiff in connection with the Motion, as well as the record in this case, and good cause appearing, the Court HEREBY RULES OF FOLLOWS:

Plaintiff's Motion is GRANTED. The Court approves Plaintiff's request for Conditional Certification and Judicial Notice, approves the proposed Notice of Collective Action (the "Notice"), and approves Plaintiff's Social Media Plan for Distribution of the Notice.

The Court further permits a 90 day opt-in period as requested by Plaintiff.

In addition, the Court GRANTS Plaintiff's request to equitably toll the statute of limitation period. The opt-in Plaintiffs' claims will be equitably tolled from the time of the filing of Plaintiff's Complaint in this action -- i.e. August 12, 2014.

Dated: September 26, 2017.

_____
Hon. Richard L. Boulware
UNITED STATES DISTRICT JUDGE
District of Nevada

# CERTIFICATE OF SERVICE

I, Michael Morrison, an employee of the City of Santa Monica, certify that on September 13, 2017, caused a true and correct copies of the foregoing be filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following counsel who has registered for receipt of documents filed in this matter:

**[PROPOSED] ORDER RE: PLAINTIFF'S MOTION FOR CONDITIONAL CERTIFICATION AND DISTRIBUTION OF JUDICIAL NOTICE**

| *Co-Counsel for Plaintiffs* <br> **BEN-COHEN LAWYERS** <br> Pejman Ben-Cohen, Esq. <br> Joshua M. Arnold, Esq. <br> 9401 Wilshire Boulevard, Suite 550 <br> Beverly Hills, California 90212 | *Co-Counsel for Plaintiffs* <br> **PAUL PADDA LAW** <br> Paul S. Padda, Esq. <br> 4240 West Flamingo Road, Suite 220 <br> Las Vegas, Nevada 89103 |
|---|---|

The aforementioned document(s) will be served by First-Class U.S. Mail on the following parties:

*Defendant*
Legends Football League, LLC
14 Katy Rose Lane
Ladera Ranch, CA 92694

*Defendant*
Lingerie Football League, LLC
14 Katy Rose Lane
Ladera Ranch, CA 92694

*Defendant*
Mitchell Mortaza
14 Katy Rose Lane
Ladera Ranch, CA 92694

September 13, 2017                ALEXANDER KRAKOW + GLICK LLP

/s/ Michael Morrison
MICHAEL MORRISON
401 Wilshire Boulevard, Suite 1000
Santa Monica, CA 90401
Attorneys for Plaintiff
ROBIN JOHNSON, individually and
on behalf of all others similarly situated