UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBIN JOHNSON, *et. al.*,<br><br>　　Plaintiff,<br><br>vs.<br><br>LEGENDS FOOTBALL LEAGUE, LLC, *et. al.*,<br><br>　　Defendants. | Case Number: 2:14-cv-1308-RFB-VCF<br><br>**[PROPOSED] ORDER FOR PLAINTIFFS' RECONSIDERATION OF THE COURT'S MARCH 11, 2019 MINUTE ORDER TO DISMISS WITHOUT PREJUDICE FOR LACK OF PROSECUTION** |

/ / /

/ / /

/ / /

Before the Court is Plaintiff's Motion for Reconsideration of the Court's March 11, 2019 Minute Order to Dismiss Without Prejudice for Lack of Prosecution. Having considered the pleadings before the Court and the merits of the arguments therein, and good cause appearing, IT IS HEREBY ORDERED that Plaintiff's Motion for Reconsideration is GRANTED. The Court's Minute Order is vacated, and Plaintiff is ordered to file a Motion for Final Conditional Certification within 60 days of this Order.

IT IS SO ORDERED.

Dated: March 30, 2020

_____
HON. RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I, Michael Morrison, an employee of the City of Los Angeles, certify that on March 15, 2019, caused a true and correct copies of the foregoing be filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following counsel who has registered for receipt of documents filed in this matter:

**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR RECONSIDERATION OF THE COURT'S MARCH 11, 2019 MINUTE ORDER TO DISMISS WITHOUT PREJUDICE FOR LACK OF PROSECUTION;**

**AFFIDAVIT FOR MOTION FOR RECONSIDERATION;**

**[PROPOSED] ORDER FOR PLAINTIFFS' RECONSIDERATION OF THE COURT'S MARCH 11, 2019 MINUTE ORDER TO DISMISS WITHOUT PREJUDICE FOR LACK OF PROSECUTION**

| *Co-Counsel for Plaintiffs* <br> **BEN-COHEN LAWYERS** <br> Pejman Ben-Cohen, Esq. <br> 9401 Wilshire Boulevard, Suite 550 <br> Beverly Hills, California 90212 | *Co-Counsel for Plaintiffs* <br> **COHEN & PADDA, LLP** <br> Ruth L. Cohen, Esq. <br> Paul S. Padda, Esq. <br> 4240 West Flamingo Road, Suite 220 <br> Las Vegas, Nevada 89103 |
|---|---|

The aforementioned document(s) have been served by personal service on the following parties.

*Defendant*
Legends Football League, LLC
14 Katy Rose Lane
Ladera Ranch, CA 92694

*Defendant*
Lingerie Football League, LLC
14 Katy Rose Lane
Ladera Ranch, CA 92694

*Defendant*
Mitchell Mortaza
14 Katy Rose Lane
Ladera Ranch, CA 92694

March 15, 2019                                   ALEXANDER KRAKOW + GLICK LLP

                                                    <u>s/ Michael Morrison</u>
                                                  MICHAEL MORRISON
                                                  401 Wilshire Boulevard, Suite 1000
                                                  Santa Monica, CA 90401
                                                  Attorneys for Plaintiff
                                                  ROBIN JOHNSON, individually and
                                                  on behalf of all others similarly situated