UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBIN JOHNSON, *et. al.*,<br><br>         Plaintiff,<br><br>   vs.<br><br>LEGENDS FOOTBALL LEAGUE, LLC, *et. al.*,<br><br>         Defendants. | Case Number: 2:14-cv-1308-RFB-VCF<br><br>**[PROPOSED] ORDER RE: PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AND FINAL COLLECTIVE ACTION CERTIFICATION**<br><br>Complaint filed: August 12, 2014<br><br>Trial Date: None |

/ / /

/ / /

Having reviewed Plaintiffs' Notice of Motion and Motion for Default Judgment and Final Collective Action Certification, and all the papers filed on behalf of Plaintiff in connection with the Motion, as well as the record in this case, and good cause appearing, the Court HEREBY RULES OF FOLLOWS:

Plaintiffs' Motion is GRANTED. The Court approves Plaintiff's Request for Default Judgment, and approves Plaintiff's Request for Final Collective Action Certification.

Now, therefore, it is ORDERED, ADJUDGED, and DECREED that PLAINTIFF ROBIN JOHNSON is entitled to judgment against DEFENDANTS LEGENDS FOOTBALL LEAGUE, LLC, LINGERIE FOOTBALL LEAGUE, LLC, AND MITCHELL MORTAZA, in the amount of $1,048,706.92, of which $437,105.19 is apportioned to unpaid minimum wage, $22,195.20 is apportioned to unpaid overtime, and $459,300.39 is apportioned to liquidated damages.

Plaintiffs' counsel shall recover attorneys' fees against DEFENDANTS LEGENDS FOOTBALL LEAGUE, LLC, LINGERIE FOOTBALL LEAGUE, LLC, AND MITCHELL MORTAZA, in the amount of $125,360.56.

Plaintiffs' counsel shall recover costs against DEFENDANTS LEGENDS FOOTBALL LEAGUE, LLC, LINGERIE FOOTBALL LEAGUE, LLC, AND MITCHELL MORTAZA in the amount of $4,745.58.

IT IS SO ORDERED.

DATED: **April 30, 2020**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I, Michael Morrison, an employee of the City of Los Angeles, certify that on June 25, 2019, caused a true and correct copies of the foregoing be filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following counsel who has registered for receipt of documents filed in this matter:

**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT AND FINAL COLLECTIVE ACTION CERTIFICATION;**

**DECLARATION OF MICHAEL MORRISON IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AND FINAL COLLECTIVE ACTION CERTIFICATION;**

**DECLARATION OF JESSICA S. CHOI;**

**DECLARATION OF JOSHUA M. ARNOLD IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT AND FINAL CERTIFICATION;**

**[PROPOSED] ORDER**

---

| | |
|---|---|
| *Co-Counsel for Plaintiffs*<br>**PAUL PADDA LAW, PLLC**<br>Paul S. Padda, Esq.<br>4560 S. Decatur Blvd., Suite 300<br>Las Vegas, Nevada 89103 | |

The aforementioned document(s) have been served by personal service on the following parties:

*Defendant*
Legends Football League, LLC
14 Katy Rose Lane
Ladera Ranch, CA 92694

*Defendant*
Mitchell Mortaza
14 Katy Rose Lane
Ladera Ranch, CA 92694

*Defendant*
Lingerie Football League, LLC
14 Katy Rose Lane
Ladera Ranch, CA 92694


ALEXANDER KRAKOW + GLICK LLP

 s/ Michael Morrison
MICHAEL MORRISON
Attorneys for Plaintiff

ROBIN JOHNSON, individually and on behalf of all others similarly situated

June 25, 2019