AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Robin Johnson

                Plaintiff,

v.

Legends Football League, LLC., et al.,

                Defendant.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:14-cv-01308-RFB-VCF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

PLAINTIFF ROBIN JOHNSON is entitled to judgment against DEFENDANTS LEGENDS FOOTBALL LEAGUE, LLC, LINGERIE FOOTBALL LEAGUE, LLC, AND MITCHELL MORTAZA, in the amount of $1,048,706.92, of which $437,105.19 is apportioned to unpaid minimum wage, $22,195.20 is apportioned to unpaid overtime, and $459,300.39 is apportioned to liquidated damages.

Plaintiffs' counsel shall recover attorneys' fees against DEFENDANTS LEGENDS FOOTBALL LEAGUE, LLC, LINGERIE FOOTBALL LEAGUE, LLC, AND MITCHELL MORTAZA, in the amount of $125,360.56.

Plaintiffs' counsel shall recover costs against DEFENDANTS LEGENDS FOOTBALL LEAGUE, LLC, LINGERIE FOOTBALL LEAGUE, LLC, AND MITCHELL MORTAZA in the amount of $4,745.58.

| 4/30/2020 | DEBRA K. KEMPI |
|---|---|
| Date | Clerk |

                                                                 /s/ D. Reich-Smith
                                                                 Deputy Clerk